# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>V.<br><br>WILLIE ACROND, DEFENDANT. | CASE NUMBER<br><br>3:07-CR-291-WKW |

## MOTION TO CONTINUE

**COMES NOW** the defendant, Willie Acrond, by and through the undersigned counsel and moves this Honorable Court to continue his Trial currently set for March 10, 2008 by stating the following:

1. Defendant's case is set for trial on the March 10, 2008 in Opelika, Alabama.

2. The Defendant will be making a request for consideration into the Pre-Trial Diversion Program.

3. Counsel for the Defendant feels that this Defendant is a good candidate for this program but needs additional time to complete the application. This application has been in progress for several weeks as the Defendant wants to advance a compelling argument for entry into the program.

4. Counsel has spoken with the Government and there is no objection to the continuance.

**WHEREFORE, THE ABOVE PREMISES CONSIDERED**, Defendant prays that this Honorable Court will grant the foregoing and continue the Defendant's Trial.

**RESPECTFULLY SUBMITTED** this the 25th day of February, 2008.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE     334-269-0269
FAX                  334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Continue by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below.

**DONE** this the 25th day of February, 2008.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Verne Speirs
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197