# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER |
| V. | 3:07-CR-291-WKW |
| WILLIE ACROND, DEFENDANT. | |

## MOTION TO CONTINUE

**COMES NOW** the defendant, Willie Acrond, by and through the undersigned counsel and moves this Honorable Court to continue his Trial currently set for July 21, 2008 by stating the following:

1. Defendant's case is set for trial on the July 21, 2008 Trial Term.

2. On March 5, 2008 the Defendant sent his request for consideration into the Pre-Trial Diversion Program to Ms. Canary, United States Attorney.

3. At the time of the Pretrial Conference on June 30, 2008, the Government had not made a determination regarding the Defendant's application. The court was informed that the Defendant would move for a continuance.

4. Counsel for the Defendant and Counsel for the Government discussed the need for a continuance following the Pretrial Conference, however,

Defense Counsel failed to file the instant motion.  Counsel for the Government has no objection to the continuance.

5. Should the Defendant's application to the Pre-Trial Diversion Program be denied, the Defendant will be negotiating a plea agreement with the Government and does not anticipate taking this case to trial.

**WHEREFORE, THE ABOVE PREMISES CONSIDERED**, Defendant prays that this Honorable Court will grant the foregoing and continue the Defendant's Trial.

**RESPECTFULLY SUBMITTED** this the 9th day of July, 2008.

/s/ Daniel G. Hamm
---
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Continue by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below.

**DONE** this the 9th day of July, 2008.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Verne Speirs
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197